UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-CR-0061 |
| v. ) | Judge Campbell/Brown |
| ) | |
| JAMES DENNIS, ) | |
| ) | |
| Defendant ) | |

## O R D E R

The Magistrate Judge has previously conducted a hearing in this matter concerning the Defendant's request for reconsideration of the detention order in this matter. At the conclusion of that hearing the Magistrate Judge requested additional information from Pretrial Services concerning the suitability of the Defendant's ex-wife, Monica Still, as a third-party custodian.

After considering the evidence of that hearing and the report of Pretrial Services the Magistrate Judge is satisfied that his original order is correct and that the new evidence does not warrant a modification of the order of detention to allow the Defendant to be released to the custody of a third-party custodian.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge