UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00061 |
| | ) | JUDGE CAMPBELL |
| JAMES DENNIS | ) | |

## ORDER

The change of plea hearing and/or pretrial conference currently scheduled for September 18, 2013, is RESCHEDULED for September 23, 2013, at 1:00 p.m.

It is so ORDERED.

*(signature)*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE